IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TASHEE MARIE JAMES,**

                **Plaintiff,**

     v.                                                           **CASE NO. 25-3224-JWL**

**WYANDOTTE COUNTY,**
**KANSAS, et al.,**

                **Defendants.**

## MEMORANDUM AND ORDER

This matter is a pro se civil rights action brought by Plaintiff Tashee Marie James, who is currently incarcerated at the Wyandotte County Detention Center in Kansas City, Kansas. (Doc. 1.) It was dismissed on October 28, 2025 for failing to comply with Rule 8 of the Federal Rules of Civil Procedure and failure to state a claim on which relief can be granted. (Doc. 8.) Judgment was entered the same day. (Doc. 9.) On December 1, 2025, the Court received from Plaintiff a complaint captioned with the case number of this action. (Doc. 10.) Because Plaintiff wrote the case number of this action on the complaint, it was filed in this case. Accompanying the complaint was a letter addressed to the clerk. (Doc. 10-1.)

The letter accompanying the complaint does not address or acknowledge that this case has been dismissed and is now closed. Thus, it cannot be liberally construed as a request to reopen this case or reconsider the order of dismissal. Moreover, the complaint most recently submitted, even liberally construed, fails to comply with Rule 8 of the Federal Rules of Civil Procedure, as did the complaint and amended complaint filed previously in this case. (*See* Docs. 4 and 8.)

This case was dismissed and judgment has been entered. Thus, generally speaking, the only

1

documents appropriate for filing in this case are motions directed to the dismissal, such as those brought under Federal Rule of Civil Procedure 60, or filings required to pursue an appeal of the dismissal. Information about the procedures for initiating an appeal can be found in Rules 3, 4, and 5 of the Federal Rules of Appellate Procedure and additional information is available on the website of the United States Court of Appeals for the Tenth Circuit.

To the extent that Plaintiff intended the complaint to initiate a new action, she is advised that by writing the case number of this action in the caption of the complaint, she indicated to this Court that the complaint should be filed in this case. If Plaintiff wishes to begin a new action, she must submit a complaint without a case number in the caption. Upon receipt, the clerk of court will use that complaint to begin a new action and will assign a case number to that action. Plaintiff must also either pay the full filing fee for a new action or move for leave to proceed in forma pauperis. The Court will direct the clerk to provide Plaintiff with the forms required for initiating a new action under 42 U.S.C. § 1983.

**IT IS THEREFORE ORDERED THAT** no further action will be taken on the complaint (Doc. 10) filed in this closed case. The clerk is directed to mail to Plaintiff the forms Plaintiff must use to begin a new civil rights action in this Court.

**IT IS SO ORDERED.**

DATED:  This 2nd day of December, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge